

## IN THE UNITED STATES COURT FOR THE
## DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Joshua Emanuel El-Bey, Pro Se ) | **10**   **1 7 1 ʔ** |
| ) | |
| Plaintiff, ) | Case No. |
| v. ) | |
| ) | RICO COMPLAINT |
| U. S. Bank National Association, Trustee ) | UNDER AUTHORITY OF |
| Actor(s) in schemes violating ) | 18 USC 1964(a) |
| federal laws providing fraud ) | |
| and extortion are *malum in se* offenses, ) | |
| predicate actor in schemes violating federal laws ) | |
| providing that fraud and extortion are ) | |
| *malum in se* offenses, ) | |
| ) | |
| Chase Home Finance, LLC, successor by assign ) | |
| to Chase Manhattan Mortgage Corporation ) | |
| affecting interstate  commerce an enterprise ) | |
| affecting interstate commerce predicate actor ) | |
| In Schemes violating federal laws providing ) | |
| Fraud and extortion are *malum in se* Offenses, ) | |
| ) | |
| JP Morgan Mortgage Acquisition Corporation ) | |
| affecting interstate  commerce an enterprise ) | |
| affecting interstate commerce predicate actor ) | |
| In Schemes violating federal laws providing ) | |
| Fraud and extortion are *malum in se* Offenses, ) | |
| ) | |
| McCabe, Weisberg & Conway, P. C. ) | |
| Predicate actor(s) ) | |
| in schemes violating  federal laws providing fraud ) | |
| and extortion are *malum in se*  offenses, ) | |
| predicate actor in schemes violating federal laws ) | |
| providing that fraud and extortion are ) | |
| *malum in se* offenses ) | |
| ) | |
| Martha E. Von Rosenstiel, P.C. ) | |
| Martha E. Von Rosenstiel, Esquire ) | |
| Predicate actor(s) ) | |
| in schemes violating  federal laws providing fraud ) | |
| and extortion are *malum in se*  offenses, ) | |
| predicate actor in schemes violating federal laws ) | |
| providing that fraud and extortion are ) | |
| *malum in se* offenses ) | |
| (John Doe's [10] ) | **JURY TRIAL DEMANDED** |
| Defendant(s) Et Al ) | |

Petition, complaint, and claim under authority of 18 USC 1964(a)

## Subject matter jurisdictional statement

FEDERAL QUESTION JURISDICTION: 28 USC § 13331: The federal district court has subject matter jurisdiction to consider this claim under authority of 18 USC 1964(a) and by virtue of sufficient pleadings clearly articulating violations of 18 USC 1961 & 1962. The violations are pled with particularity *infra*.   Furthermore, the clear face of this record shows the claims of Joshua Emanuel El-Bey are in harmony   with  *Attick   v. Valeria Associates, L.P.,* S.D. N.Y. 1992, 835 F. Supp. 103, *Avirgan v. Hull,* C.A. 11 (Fla.) 1991, 932 F.2d 1572, *Yellow Bus Lines, Inc. v. Drivers, Chauffeurs & Helpers Local Union 639,* C.A.D.C. 1990, 913 F.2d 948, 286 U.S. App. D.C. 182, certiorari denied 111 S.Ct. 2839, 501 U.S. 1222, 115 L.Ed. 2d 1007, *Hecht v. Commerce Clearing House, Inc.* C.A. 2 (N.Y.) 1990, 897 F.2d 21, 100 A.L.R. Fed. 655, *Standard Chlorine of Delaware, Inc. v. Sinibaldi,* D.Del. 1992, 821 F. Supp. 232, *Jordan v. Herman,* F.D. Pa. 1992, 792 F. Supp. 380,  *Nassau-Su ffolk Ice Cream, Inc. v. Integrated Resources, Inc.* S.D.N.Y. 1987, 114 F.R.D. 684, *Polletier v. Zweifel,* C.A. 11 (Ga.) 1991, 921 F.2d 1465, rehearing denied 931 F.2d 901, certiorari denied 112 S.Ct. 167, 502 U.S. 855, 116 L.Ed. 131, *Khurana v. Innovative Heath Care Systems, Inc. ,* C.A. 5 (La.) 1997, 130 F.3d 143, vacated 119 S.Ct. 442, 525 U.S. 979, 142 L.Ed. 2d 397, on remand 164 F.3d 900, *In re American Honda Motor Co., Inc. Dealership Relations Litigation,* D.Md. 1996, 941 F.Supp. 528, *Red Ball Interior Demolition Corp. v. Palmadessa,* S.D.N.Y. 1995, 908 F.Supp. 1226, *Protter v. Nathan's Famous Systems, Inc.* E.D. N.Y. 1995, 904  F.Supp. 101, *Prudential Ins. Co. of America v. U.S. Gypsum Co.* D.N.J. 1993, 828 F.Supp. 287, and *Compagnie de Reassuarance D'lle de France v. New England Reinsurance Corp.* D. Mass. 1993, 825 F.Supp. 370.

## Statement of *Jurisdiction*

U S Bank National Association corporate address is 200 South Six Street, U S Bank Plaza, Minneapolis, MN, 55402. Chase Home Finance, LLC, successor by merger to Chase Manhattan Mortgage Corporation, and JP Morgan Mortgage Corporation last known address is 3415 Vision Drive, Columbus Ohio 43219.   McCabe, Weisberg &

Conway, P.C. last known address is 123 South Broad Street, Suite 2080, Philadelphia, PA 19109. Martha E. Von Rosenstiel, P.C., Martha E. Von Rosenstiel, Esquire last known address is 649 South Avenue, Unit 6, Secane, PA 19018. All defendants are "inextricably intertwined" affecting interstate commerce and are facilitators of fraud and extortion in the United States mortgage lending industry, who aided and abetted violations of 18 USC 1961 & 1962.

## Statement of venue

Venue is appropriate in the Federal District Court of Pennsylvania as the predicate acts of fraud and extortion committed by U S Bank National Association, Chase Home Finance, LLC, JP Morgan Mortgage Corporation, McCabe, Weisberg & Conway, P.C., Martha E. Von Rosenstiel, P.C., Martha E. Von Rosenstiel, Esquire occurred in the Eastern, District of Pennsylvania. Plaintiff status is federated elder of aboriginal tribe Washitaw de Dugdomoundyah having existed in North, South, and Central America for over 70,000 years. The tribe has protection both under the United States Constitution, and United Nations Commission on Human Rights on aboriginal and indigenous Americans and treaties. Plaintiff claims protection under federal jurisdiction in the amended complaint based on those facts.

## Theory of the case

U. S. Bank National Association, Chase Home Finance, LLC, with Chase Manhattan Mortgage Corporation, and McCabe, Weisberg & Conway, P C, are Inextricably intertwined with mortgage fraud. Chase Home Finance, LLC, also known as Chase Manhattan Mortgage Corporation is a subset of the debt collection racket, a wide-spread, far-reaching scam composed of artists such as U. S. Bank National Association, Trustee. How the scam works: The original mortgage note [Promissory Note] created by FREMONT INVESTMENT & LOAN used the chattel credit of "Person" cloaked in disguise and being the "Source" actually lending, e. g., offering mortgage loan for purchase of the real estate. When in actuality no loan was ever made. The "Mortgage Note" and other settlement papers is where the fraud is deeply routed. After filing the "Deed of Trust" [Exhibit "A"] FREMONT sold the "Note" to the Fed's, and sold the "debt" for collection to Chase Home Finance, LLC. Chase uses other actors such as U. S. Bank National Association as "trustee" to launch foreclosures actions in their stead. The

originator of the loan [Fremont] is no longer obligated having sold the note, e. g., mortgage to "Chase" Home Finance, LLC, assigned to "Chase" Manhattan Mortgage Corporation, e. g. JP Morgan Mortgage Acquisition Corporation through it's Trustee, U S Bank National Association. Whenever necessary, scam artists such as U. S. Bank National Association, subject parties such as Joshua Emanuel El-Bey to shame legal proceedings where: (1). Standing to sue in the respective state court is never proved, (2). Standing to sue as a bona fide holder-in-due-course is never proved, (3). Corporate charter authority to make consumer loans is never proved, (4). Corporate charter authority to sue for damages on consumer loans is never proved, (5). Damages in fact are never proved, and (6). Delegation of authority from enterprises such as Chase Home Finance, LLC , and the lawyers that defend their actions.

FIRST PREDICATE ACT IN VIOLATION OF 18 USC 1961 & 1962: March 12, 2010 predicate actor Martha E. Von Rosenstiel, P.C., mailed "Notice of Foreclosure & Tenants Rights Under Federal Law to 5324 Wynnefield Avenue in the name of Bernard Ladem & Occupants *(See Exhibit "A")*. Court Records clearly state the said address is owned and occupied by plaintiff, Joshua Emanuel El-Bey.  Martha E. Von Rosenstiel represents *JP Morgan Mortgage Acquisition Corporation (J.P.  Morgan Mortgage Acquisition Corp., Chase Home Finance, LLC and J.P. Morgan Chase Bank, National Association (the "Agreement"), by and among J.P.  MORGAN MORTGAGE ACQUISITION CORP., a Delaware corporation, as purchaser (the "Purchaser"), CHASE HOME FINANCE LLC, a Delaware limited liability company, as seller ("CHF" or the "Seller") and JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, a national banking association, as servicer (the "Servicer").*  In defense of these actions, plaintiff, Joshua Emanuel El-Bey mailed three (3) separate mailings providing proof that the document sent was improper naming the wrong person in Bernard Ladem as owner *(See Exhibit "B")*.  In spite of plaintiff's correspondence Predicate Actor Martha E. Von Rosenstiel proceeded filing suit in eviction action in the wrong name.  Service was made to the aforementioned address on April 1, 2010. Plaintiff filed response to the action in Philadelphia Court of Common Pleas on Thursday April 15, 2010 *(See Exhibit "C")*.

Martha E. Von Rosenstiel advanced a suit against the aforementioned property which Matha E. Von Rosenstiel knew was false to the detriment of plaintiff. Martha E. Von

Rosenstiel, and JP Morgan Mortgage Acquisition fraudulent claim was urged under color of an official right. A jury shall determine that Martha E. Von Rosenstiel, P. C., and JP Morgan Mortgage Acquisition Corporation absolutely violated 18 USC 1961 & 1962 by the fraud and extortion which occurred on March 12, 2010.

SECOND PREDICATE ACT IN VIOLATION OF 18 USC 1961 & 1962:

Beginning February 2007, predicate actor's McCabe, Weisberg & Conway, P.C., filed a fraudulent security instrument in the Philadelphia Recorder of Deed, and the Philadelphia Court of Common Pleas to launch foreclosure action. "McCabe" launched a foreclosure action using a fraudulent "Assignment of Mortgage" recorded on February 16, 2007 prepared by Charlynn Mills, "McCabe, Weisberg & Conway" going from Fremont Investment & Loan to U S Bank National Association, signed by "Vice President of Chase Home Finance, LLC" *(See Exhibit "D")*. The retrieval of a second "Mortgage Assignment" named "Corrective Assignment of Mortgage" with hand written statement *"A Corrective Assignment of Mortgage is needed because the Acknowledgement page of the recorded assignment was signed by the wrong person.  It should have been signed by the Vice President of Mortgage Electronic Registration systems, Inc., as nominee for Fremont Investment and Loan, however it was signed by the Vice President of Chase Home Finance, LLC"*. This assignment was recorded on September 3, 2009 after suit in foreclosure was filed. *Defendant*(s), McCabe, Weisberg & Conway on November 3, 2009, fraudulently claimed the foreclosure without merit and proper standing. McCabe, Weisberg & Conway, P. C., fraudulent claim was urged under color of an official right. A jury shall determine that predicate actors, McCabe, Weisberg & Conway, P. C., Martha E. Von Rosenstiel, P. C., U S Bank National Association, Chase Home Finance, LLC, and JP Morgan Mortgage Acquisition Corporation absolutely violated 18 USC 1961 & 1962 by the fraud and extortion that occurred on November 3, 2009 and with wrongful actions of ejectment violating plaintiff rights to due process.

THIRD PREDICATE ACT IN VIOLATION OF 18 USC 1961 & 1962:

Chase Home Finance, LLC, Chase Manhattan Mortgage Corporation, and JP Morgan Mortgage Acquisition Corporation is one large conglomerate functioning in various capacities using other banks or corporations as trustee's such as U S Bank National Association who was used in the foreclosure action of November 3, 2009. ONLY the

holder in due course who is allowed in court to make claims or enforce any rights regarding the mortgage and note. No trustee has any right to do a judicial or non-judicial foreclosure because they are not the holder "in due course." In order to qualify as a holder in due course, the first requirement is that you MUST have an economic interest. The real parties in interest JP Morgan Morgan Acquisition Corporation stood concealed behind U S Bank National Association until after foreclosure. "By statute, assignment of the mortgage carries with it the assignment of the debt, Indeed, in the event that a mortgage loan somehow separates interests of the note and the deed of trust, with the deed of trust lying with some independent entity, the mortgage may become unenforceable. *The practical effect of splitting the deed of trust from the promissory note is to make it impossible for the holder of the note to foreclose*, unless the holder of the deed of trust is the agent of the holder of the note. Without the agency relationship, the person holding only the note lacks the power to foreclose in the event of default. The person holding only the deed of trust will never experience default because only the holder of the note is entitled to payment of the underlying obligation. *The mortgage loan becomes ineffectual when the note holder did not also hold the deed of trust.*" U S Bank National Association as straw man lacks standing to foreclose, but so does original lender, although it was a signatory to the deal. The lender lacks standing because title had to pass to the secured parties for the arrangement to legally qualify as a "security." The lender has been paid in full and has no further legal interest in the claim. Only the securities holders have skin in the game; but they have no standing to foreclose, because they were not signatories to the original agreement. They cannot satisfy the basic requirement of contract law that a plaintiff suing on a written contract must produce a signed contract proving he is entitled to relief.

FOURTH PREDICATE ACT IN VIOLATION OF 18 USC 1961 & 1962:

On April 17, 2010 the attached letter (*See Exhibit "E"*) was received by U S Mail from Philadelphia Department of Records was received informing recording of deed from Bernard Ladem to U S Bank National Association. This is particularly suspicious in that the name Bernard Ladem has not been listed in public records since August 13, 2010. The attached document (See Exhibit "F") was printed from the Board of Revision of Taxes on the Saturday April 17, 2010 reflecting the name Joshua Emanuel El-Bey. If, in fact the name Bernard Ladem appears on any recent document listed in Philadelphia

Department of Records it would have been done fraudulently.

The banks arranging these mortgage-backed securities have typically served as trustees for the investors. When the trustees could not present timely written proof of ownership entitling them to foreclose, they would in the past file "lost-note affidavits" with the court; and judges usually let these foreclosures proceed without objection. But in October 2007, an intrepid federal judge in Cleveland put a halt to the practice. U.S. District Court Judge Christopher Boyko ruled that Deutsche Bank had not filed the proper paperwork to establish its right to foreclose on fourteen homes it was suing to repossess as trustee. Judges in many other states then came out with similar rulings.

As a result of the harassment of defendant's attempts to extort property from me and because of their combined efforts shocking the conscience of the El-Bey family dissemination of false information about my finances, I have been deprived of an opportunity maintaining full employment.   The defendant's are all inextricably intertwined under violation of 18 USC 1961 & 1962 by the fraud and extortion violating plaintiff's rights.

Plaintiffs' RICO case statement detailing the racketeering enterprise, the predicate acts of racketeering, and the economic purpose Chase Home Finance, LLC, successor by merger to Chase Manhattan Mortgage Corporation is running a racket by taking money and property from parties situated similarly to **Joshua Emanuel El-Bey** to satisfy a nonexistent "debts."   This court shall notice that Joshua Emanuel El-Bey, in this complaint, has **testified** of injury to property and business by reason of acts which violate section 4 of the Clayton Act. See *Attick v. Valeria Associates, L.P.,* S.D. N.Y. 1992, 835 F. Supp. 103. Abner Doubleday has articulated violation of racketeering laws,  testified that the violation injured both business and property warranting treble damages. See *Avirgan v. Hull,* C.A. 11 (Fla.) 1991, 932 F.2d 1572. In naming Worldwide Asset Purchasing, also known as Worldwide Asset Management, L.L.C., an enterprise to which Phlem Snopes belongs, Abner Doubleday has established that an enterprise exists which undeniably affects interstate commerce. See *Yellow Bus Lines, Inc. v. Drivers, Chauffeurs & Helpers Local Union 639,* C.A.D.C. 1990, 913 F.2d 2d 1007. Abner Doubleday has standing to sue under RICO as Joshua Emanuel El-Bey has shown violation of RICO,

injury to business and property, and causation of the injury by the violation. See *Hecht v. Commerce Clearing House, Inc.* C.A. 2 (N.Y.) 1990, 897 F.2d 21, 100 A.L.R. Fed. 655. Joshua Emanuel El-Bey has perfected a RICO claim by showing the existence of a RICO enterprise, showing a pattern of racketeering activity: fraud, shown nexus between the defendant's and the pattern of frauds, and shown resulting injury to plaintiff to with an inability to work full time. See *Standard Chlorine of Delaware, Inc. v. Sinibaldi*, D.Del. 1992, 821 F. Supp. 232. Joshua Emanuel El-Bey has demonstrated that Joshua Emanuel El-Bey sustained injury as proximate result of the pattern of frauds by the defendants. See *Jordan v. Herman*, F.D. Pa. 1992, 792 F. Supp. 380. U. S. Bank National Association membership in the enterprise, Chase Home Finance, LLC, also known as Chase Manhattan Mortgage Corporation., empowers McCabe, Weisberg & Conway, P. C., to do illicit business benefiting  Chase Home Finance, LLC, also known as Chase Manhattan Mortgage  Corporation directly and indirectly. Chase Home Finance, LLC, also known as Chase Manhattan Mortgage Corporation, is able to recoup and profit by Chase Home Finance, LLC, also known as Chase Manhattan Mortgage Corporation affecting interstate commerce. See *Nassau-Suffolk Ice Cream, Inc. v. Integrated Resources, Inc.* S.D.N.Y. 1987, 114 F.R.D. 684. Abner Doubleday clearly articulated being Mendelson's target of extortion and resulting loss of wages See *Polletier v. Zweifel*, C.A. 11 (Ga.) 1991, 921 F.2d 1465, rehearing denied 931 F.2d 901, certiorari denied 112 S.Ct. 167, 502 U.S. 855, 116 L.Ed. 131.  The cause-in-fact that but-for the chicanery of the enterprise member, Martha E. Von Rosenstiel, P.C., and McCabe, Weisberg & Conway, P.C. Joshua Emanuel El-Bey would create business opportunity, would not have incurred tangible losses is sufficient to state factual causation for provision of RICO act providing for treble damages. See *Khurana v. Innovative Heath Care Systems, Inc.* , C.A. 5 (La.) 1997, 130 F.3d 143, vacated 119 S.Ct. 442, 525 U.S. 979, 142 L.Ed. 2d 397, on remand 164 F.3d 900. Joshua Emanuel El-Bey's reliance on traditional principles of proximate causation applying to RICO cases is illustrated in the well pleaded, testimony that Joshua Emanuel El-Bey was the target of extortion causing mental instability interfered with by predicate acts of the defendants. See *In re American Honda Motor Co., Inc. Dealership Relations Litigation*, D. Md. 1996, 941 F. Supp. 528. There exists an undeniable relationship between the acts of the defendants and the damage to Joshua Emanuel El-Bey, and the El-Bey family. See *Red Ball Interior Demolition Corp. v. Palmadessa*, S.D.N.Y. 1995, 908 F. Supp. 1226. The damage caused by the defendants was the natural

and reasonably foreseeable consequence of the frauds promulgated by the defendants. See *Protter v. Nathan's Famous Systems, Inc.* E.D. N.Y. 1995, 904 F. Supp. 101. The fraud by the defendants was the legal cause of Joshua Emanuel El-Bey being the target of extortion, his business interests being interfered with, and related damages. See *Prudential Ins. Co. of America v. U.S. Gypsum Co.* D.N.J. 1993, 828 F. Supp. 287. The enterprise, U S Bank National Association, Chase Home Finance, LLC, also known as JP Morgan Mortgage Acquisition Corporation is evident to a high degree and it is also evident to a high degree that associates such as Martha E. Von Rosenstiel, and McCabe, Weisberg & Conway, acting as a continuing unit. See *Compagnie de Reassuarance D'lle de France v. New England Reinsurance Corp.* D. Mass. 1993, 825 F.Supp. 370. It is undeniable that Martha E. Von Rosenstiel, and McCabe, Weisberg & Conway receives money for defrauding parties such as Joshua Emanuel El-Bey in the vernacular, continuing to rip people off in phony, sham proceedings. See *Grand Cent. Sanitation, Inc. v. First Nat. Bank of Palmerton*, M.D. Pa. 1992, 816 F. Supp. 299. Undeniably, the defendants have used the courts for purposes of fraud and extortion. Defendant's attacks on Joshua Emanuel El-Bey is but one of many examples of fraud by the said defendants, and other enterprises similarly constituted.


### Affidavit

I, Joshua Emanuel El-Bey, am of age and competent to provide testimony to the facts stated herein.

1. On November 3, 2009 McCabe, Weisberg & Conway, P.C., foreclosed on property known as 5324 Wynnefield Avenue, deed registered in the name of plaintiff using fraudulent commercial instruments.

2. On March 12, 2010 Martha E. Von Rosenstiel, Esquire filed fraudulent suit for eviction in the name of Bernard Ladem prior owner of 5324 Wynnefield Avenue and conveyor to plaintiff.

3. On March 10, 2010 deed was recorded in Philadelphia Recorder of Deeds going from Bernard Ladem to US BANK NATIONAL ASSOCIATION, Trustee for JP Morgan Mortgage Acquisition Corporation.

4. On March 15 2010, to date plaintiff delivered three (3) separate communications in writing to defendant, Martha E. Von Rosenstiel that an error has been made

proving her proof of true ownership in the name of plaintiff.

5. On April 1, 2010 suit in eviction was made to plaintiff via court server.

6. On April 16, 2010 plaintiff filed answer suit via "Motion to Intervene" in Wrongful Action.

7. Defendant's, el al are in violation of 18 U.S.C. Section 1341—Elements of Mail Fraud, and 18 U.S.C. 1343—Elements of Wire Fraud.

## Remedy sought and prayer for relief

The Federal District Court to order treble damages as remedial to the racketeering activities of "RICO" enterprises and their constituent members. A jury's determination that, U S Bank National Association, Chase Home Finance, LLC, also known as J.P. Morgan Mortgage Acquisition Corporation, and the law firms of McCabe, Weisberg & Conway, P. C., and Martha E. Von Rosenstiel, P.C,. have engaged in a pattern of frauds rising to a level of racketeering requires this court's order to plaintiff with a Preliminary Injunction from eviction. A jury's determination that JP Morgan Mortgage Acquistion Corporation by and through Martha E. Von Rosenstiel and McCabe, Weisberg & Conway, P. C. committed or aided and abetted two or more predicate acts of fraud resulting in defrauding Joshua Emanuel El-Bey and the El-Bey family similarly interests justly requires ordering JP Morgan Mortgage Corporation and the all other listed defendant's herein to compensate Joshua Emanuel El-Bey in a sum not less than three times the collective sums of property and loss wages of all who are similarly situated.

I, Joshua-Emanuel: El-Bey, In Propria Persona, the Undersigned, do solemnly swear, declare, and depose on this 19th day of April 2010:


TRIAL BY JURY DEMANDED

Prepared and submitted by:

_Joshua Emanuel El-Bey_

"Without Prejudice"

/s/

Joshua Emanuel El-Bey, UCC 1-308
Federated Elder,
Sui Juris, De Jure Soli, Jure Divino
[*All Rights Reserved*]

## JURAT/ACKNOWLEDGMENT

STATE of PENNSYLVNAIA          )
                              ) ss.
COUNTY of MONTGOMERY          )

On this, the _19_ day of ___April___, 2010 A.D., the above signed Joshua Emanuel El-Bey appeared before me with this Affidavit of Truth, and proved to me, on the basis of satisfactory evidence and identification, to be the man whose name is subscribed to the within instrument, and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument, the person or the entity upon behalf of which the person acted, signed under oath or asseveration, and accepts the truth thereof.

Notary Name  Notary Signature

My Commission Expires _6/29/2010_

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Sean J. Mundy, Notary Public
Lower Merion Twp., Montgomery County
My Commission Expires June 29, 2010
Member, Pennsylvania Association of Notaries

7

## IN THE UNITED STATES COURT FOR THE
## DISTRICT OF PENNSYLVANIA

Joshua Emanuel El-Bey, Pro Se )
  )
    Plaintiff, )
v. )
  ) Case No.
U. S. Bank National Association, Trustee )
Actor(s) in schemes violating )
federal laws providing fraud )    RICO COMPLAINT
and extortion are *malum in se* offenses, )    18 USC 1964(a)
predicate actor in schemes violating federal laws )
providing that fraud and extortion are )
*malum in se* offenses, )    JURY TRIAL DEMANDED
  )
Chase Home Finance, LLC, successor by assign )
to Chase Manhattan Mortgage Corporation )
affecting interstate  commerce an enterprise )
affecting interstate commerce predicate actor )
In Schemes violating federal laws providing )
Fraud and extortion are *malum in se* Offenses, )
  )
JP Morgan Mortgage Acquisition Corporation )
affecting interstate  commerce an enterprise )
affecting interstate commerce predicate actor )
In Schemes violating federal laws providing )
Fraud and extortion are *malum in se* Offenses, )
  )
McCabe, Weisberg & Conway, P. C. )
Predicate actor(s) )
in schemes violating  federal laws providing fraud )
and extortion are *malum in se*  offenses, )
predicate actor in schemes violating federal laws )
providing that fraud and extortion are )
*malum in se* offenses )
  )
Martha E. Von Rosenstiel, P.C. )
Martha E. Von Rosenstiel, Esquire )
Predicate actor(s) )
in schemes violating  federal laws providing fraud )
and extortion are *malum in se*  offenses, )
predicate actor in schemes violating federal laws )
providing that fraud and extortion are )
*malum in se* offenses )
(John/Jane Doe's [20] )
    Defendant(s) Et Al )

## CERTIFICATE OF SERVICE

I, Joshua Emanuel El-Bey hereby certify that a true and correct copy of Plaintiff's Complaint pertaining to the above captioned matter was served on/or after April 19, 2010 to the following defendant(s):

U S BANK NATIONAL ASSOCIATION
U S BANK PLAZA
200 SIXTH STREET
MINNEAPOLIS, MN 55402
**U. S. Certified Mail No. 7009 0960 0000 3565 55200** [*return receipt requested*]


CHASE HOME FINANCE, LLC
JP MORGAN MORTGAGE ACQUISITION CORPORATION
3415 VISION DRIVE
COLUMBUS, OH 43219
**U. S. Certified Mail No. 7009 0960 0000 3565 5537** [return receipt requested]

MCCABE, WEISBERG & CONWAY, P. C.
123 S. BROAD STREET
SUITE 2080
PHILADELPHIA, PA 19109
**DELIVERY VIA SERVER**

MARTHA E. VON ROSENSTIEL, P. C.
649 SOUTH AVENUE
SECANE, PA 19018
**U. S. Certified Mail No. 7009 2250 0003 7306 6709** [return receipt requested]


Joshua Emanuel El-Bey
Filed with the Clerk of Court
Monday, April 19, 2010
