IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA EMANUEL EL-BEY | : CIVIL ACTION |
| | : |
| vs. | : |
| | : |
| U.S. BANK NATIONAL | : |
| ASSOCIATION, ET AL. | : NO. 10cv1716 |

O R D E R

**AND NOW**, this 17th day of May, 2010, upon consideration of Defendants' Motion to Dismiss and plaintiff's response, **IT IS HEREBY ORDERED** that oral argument on the motion is **SCHEDULED** for **June 9, 2010 at 1:30 p.m. in Courtroom 14-B, U.S. Courthouse, 601 Market Street, Philadelphia, PA**.

                                                      s/William H. Yohn Jr.
                                                      William H. Yohn Jr., Judge