IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA EMANUEL EL-BEY | : CIVIL ACTION |
| | : |
| vs. | : |
| | : |
| U.S. BANK NATIONAL | : |
| ASSOCIATION, ET AL. | : NO. 10cv1716 |

O R D E R

**AND NOW**, this 9th day of June, 2010, after oral argument before the undersigned, by agreement of the plaintiff expressed in open court, **IT IS HEREBY ORDERED** that defendants' motion to dismiss is **GRANTED** and plaintiff's complaint is **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that the clerk is directed to mark this action **CLOSED FOR STATISTICAL PURPOSES**.

                                                                                     s/William H. Yohn Jr.
                                                                         William H. Yohn Jr., Judge